**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7725

DARRELL JAMES DEBREW,

Plaintiff - Appellant,

versus

JANET RENO, Attorney General of the United
States; KATHLEEN HAWKS, Director of the Fed-
eral Bureau of Prisons; C. E. FLOYD, Warden;
MS. RAINWATER, Assistant Supervisor of Med-
ical; HADWIN, Secretary; FEDERAL BUREAU OF
PRISONS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CA-99-3603-3-17BC)

Submitted:  April 27, 2001          Decided:  May 3, 2001

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

Dismissed by unpublished per curiam opinion.

Darrell James Debrew, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darrell James Debrew appeals from the district court's order denying his motion to reconsider the court's order granting in part and denying in part Defendants' summary judgment motion in this action filed under 42 U.S.C.A. § 1983 (West Supp. 2000). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2